MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. C04-00451 M |
| Plaintiff, | |
| v. | STIPULATED GARNISHMENT ORDER |
| GENEVA HOLMES aka GENEVA HILL, | |
| Defendant, | |
| and | |
| SUPERIOR COURT OF CALIFORNIA, | |
| Garnishee. / | |

IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, GENEVA HOLMES aka GENEVA HILL, that garnishee, SUPERIOR COURT OF CALIFORNIA, withhold 25% of judgment debtor's non-exempt disposable income each 2 week pay period, except that garnishee withhold nothing from judgment debtor's February 15, 2008, pay period; in the event judgment debtor is employed by garnishee subsequent to February 15, 2008, garnishee shall withhold from judgment debtor's non-exempt disposable income the sum of $278.00 from each biweekly pay period until the entire judgment principal of $20,150.96 as of judgment entry date of June 15, 2004, plus interest at the rate of 2.070% per annum on said principal, compounded annually

1  pursuant to 28 USC §1961(b), has been paid in full or until the garnishee no longer has
2  custody, possession or control of any property belonging to the debtor or until further Order
3  of this court.
4      IT IS HEREBY FURTHER STIPULATED that SUPERIOR COURT OF CALIFORNIA,
5  Garnishee, immediately remit to the United States Department of Justice the above mentioned
6  payments.
7      IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
8  U.S. Department of Justice, and be mailed to the Department of Justice, Central Intake
9  Facility, P.O. Box 70932, Charlotte, NC, 28272-0932, referencing the judgment debtor's CDCS
10 Claim number 1999B66814 on each check for posting purposes.
11     By her signature hereafter, GENEVA HOLMES aka GENEVA HILL acknowledges that
12 she has read, understands and waives all of her rights under the CLERK'S NOTICE OF
13 POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST
14 FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR
15 HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION
16 FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT
17 OF CONTINUING GARNISHMENT in exchange for the herein payment stipulation.
18     IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title
19 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a
20 judge of the United States District Court and consent to have a United States magistrate judge
21 conduct any and all further proceedings in the case, including trial, and order the entry of a final
22 judgment. It is understood that any appeal from a judgment entered by a magistrate judge will
23 be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner
24 ///
25 ///
26 ///
27 ///
28 ///

1 | as an appeal from any other judgment of a District Court.

Dated: February 5, 2008

_____
Michael Cosentino, Counsel for United States

Dated: 2/6/08

_____
GENEVA HOLMES aka GENEVA HILL

IT IS SO ORDERED.

Dated: 2/15/08

_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero