UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>GENEVA HOLMES,<br>    Defendant. | Case No. 04-cv-00451-MAG  (JCS)<br><br>**ORDER REGARDING RECENT SUBMISSIONS TO THE COURT**<br>Re: Dkt. Nos. 22, 23, 24 |

This case concerned a civil debt purportedly owed to the United Stated by Defendant Geneva Holmes, who now uses the name Geneva Holmes-James. Default judgment was entered against Ms. Holmes-James on June 15, 2004, in the amount of $20,150.96. Dkt. 6. By order of the Court, writs of garnishment were issued on October 25, 2007, and November 27, 2007. Dkts. 19, 20. On February 19, 2008, the Court accepted a Stipulated Garnishment Order that appears to have been signed by Ms. Holmes-James, under the name Geneva Holmes-Hill, in which she agreed that her wages would be garnished to satisfy her debt. Dkt. 18. The United States filed an Acknowledgment of Satisfaction of Judgment on March 27, 2015, indicating that Ms. Holmes-James had paid her debt in full. Dkt. 21.

Ms. Holmes-James has recently filed three handwritten letters. On June 29, 2015, she filed a letter stating that she would like a "hearing for [her] request," and that she "need[s] records of your courthouse with a case number." Dkt. 22. That letter also references property subject to a government lien, a dispute with Trans Pacific National Bank in Alameda County, issues in San Francisco and Seattle courts regarding custody of Ms. Holmes-James's children, and a "situation of identity theft." *Id.* On July 13, 2015, Ms. Holmes-James filed a second letter stating that she "need[s] a Waiver of $64.00 to get the records" of the case. Dkt. 23. That letter references some of the same issues as the first, as well as property Ms. Holmes-James claims to own but currently

1   lacks access to, including "something very valuable that makes money and the banks don't have"

2   and "classic cars." *Id.*

3   On July 20, 2015, Ms. Holmes-James filed a third letter stating that she is "wanting [her]

4   property back, and the description of [her] property of the case," and is "ready to get [her] kids."

5   Dkt. 24.  This letter expresses confusion as to the nature of the student loan at issue.  *Id.*  She

6   states that she needs an "Appeal on the case [because] of incorrect pages, missing pg's [sic], and

7   [her] name, wrong Social Security number, needs to be corrected." *Id.*  She also states that she

8   "need[s] a Waiver still to get papers corrected and to also, ask more question[s] on the case of

9   Abstract of Judgment, and how to locate offices that numbers have changed." *Id.*  This letter

10  attaches a copy of the first page of an IRS identity theft affidavit that Ms. Holmes-James

11  completed, and a letter to her from a deputy clerk of the Supreme Court of Washington regarding

12  Ms. Holmes-James's motion for discretionary review of a personal restraint petition.  *Id.*

13  It is difficult to follow Ms. Holmes-James's letters, each of which seems to address a

14  number of different issues without explaining the connections between them.  It is the Court's

15  understanding that she would like a fee waiver to obtain copies of documents filed in this case.

16  Certain documents will be provided to her with this Order.  If she requires additional documents

17  and is unable to pay the fee, she should complete and file an application to proceed in forma

18  pauperis.  If the Court finds that she is unable to pay, it will order that the fees be waived.

19  To the extent that Ms. Holmes-James takes issue with the judgment entered in this case

20  more than ten years ago in 2004—a judgment that she has now satisfied in full—the Court is

21  unable to discern from her letters any basis to set aside or modify that judgment.  The Court

22  cannot offer Ms. Holmes-James legal advice.  However, because she is not represented by a

23  lawyer, she is encouraged to seek assistance from the Federal Pro Bono Project's Legal Help

24  Center in either of the Oakland or San Francisco federal courthouses.  The San Francisco Legal

25  Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San

26  Francisco, CA 94102.  The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay

27  Street, Oakland, CA 94612.  Appointments can be made by calling (415) 782-8982 or signing up

28  in the appointment book located outside either office.  Telephone appointments are also available.

Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

The Clerk is instructed to serve the following documents on Ms. Holmes-James by mail at P.O. Box 411371, San Francisco, CA 94141: (1) a copy of this Order; (2) an application to proceed in forma pauperis; and (3) a copy of the documents at docket entries 18, 19, 20, and 21 (each filing referenced in this Order that is available as an electronic record, other than Ms. Holmes-James's own recent filings).

**IT IS SO ORDERED.**

Dated: July 23, 2015

JOSEPH C. SPERO
Chief Magistrate Judge