UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>GENEVA HOLMES,<br>    Defendant. | Case No. 04-cv-00451-MAG (JCS)<br><br>**ORDER INSTRUCTING CLERK TO WAIVE RECORDS FEES**<br>Re: Dkt. Nos. 22, 23, 24 |

Defendant Geneva Holmes (now Geneva Holmes-James) filed three handwritten letters (dkts. 22−24) in June and July of this year requesting that the Court waive a $64 fee for Ms. Homes-James to obtain documents previously filed in this case, in which default judgment was entered against her in 2004 and satisfied in March of this year. In a previous Order, the Court instructed Ms. Holmes-James to file an application to proceed in forma pauperis. Dkt. 25. She has now done so. Dkt. 27. Although Ms. Holmes-James's responses are difficult to follow and often do not answer the questions posed in the form, she has made a sufficient showing of indigence for the Court to determine that she is unable to pay the fee to access her records without undue hardship. Accordingly, the request for a fee waiver is GRANTED. The Clerk is instructed to provide Ms. Holmes-James with copies of any documents previously filed in this action that she requests, without requiring payment of any fee.

**IT IS SO ORDERED.**

Dated: August 27, 2015

JOSEPH C. SPERO
Chief Magistrate Judge