UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GENEVA HOLMES,<br><br>  Defendant. | Case No. 04-cv-00451-MAG   (JCS)<br><br>**ORDER GRANTING REFUND OF RECORDS FEE**<br><br>Re: Dkt. No. 29 |

On September 8, 2015, Defendant Geneva Holmes-James filed a document captioned "Motion for a Hearing Declaration of Right's [sic] and Trust." Dkt. 29. Based on the sentence beginning "I ask for my money back," *see id.*, the Court construes this document as a request for a refund of a $64 fee that Ms. Holmes-James paid to retrieve documents from this case. The Clerk is instructed to refund the $64 fee that Ms. Holmes-James has already paid, for the reasons stated in the Court's August 27, 2015 Order granting a waiver of records fees. *See* dkt. 28.[1]

**IT IS SO ORDERED.**

Dated: September 9, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] At the time of the previous Order, the Court was not aware that Ms. Holmes-James had already paid a fee.