UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GENEVA HOLMES,<br><br>   Defendant. | Case No. 04-cv-00451-MAG  (JCS)<br><br>**ORDER REGARDING RECENT FILINGS**<br><br>Re: Dkt. Nos. 31, 32 |

This student loan debt collection case was terminated by entry of default judgment against Defendant Geneva Holmes on June 15, 2004, more than eleven years ago. The United States filed notice on March 27, 2015 that Holmes has satisfied the judgment entered against her.

Holmes recently filed documents captioned "Motion for Declaration of Right's and Trust To Continue Case" (dkt. 31) and "Motion for my Right's and Trust" (dkt. 32). The Court is unable to discern any connection between the content of these filings and the now-satisfied student loan debt that was the subject of this case, which was terminated long ago. If Holmes believes she has claims falling within the jurisdiction of this Court, she may file a new action to pursue them. The Court will disregard any further filings in this case that are not related to the student loan debt underlying the United States' original claim.

**IT IS SO ORDERED.**

Dated: November 13, 2015

JOSEPH C. SPERO
Chief Magistrate Judge